```
EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JENNIFER CHOU (Cal. Bar No. 238142)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6482
     Facsimile: (213) 894-3713
     E-mail:    jennifer.chou@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 10-1325-TJH |
| | CV No. 16-4522-TJH |
| Plaintiff, | |
| | ORDER TO EXTEND BRIEFING SCHEDULE |
| v. | [230] |
| CALVIN SIMS, | **CURRENT GOV OPP DUE: 8-8-16** |
| | **CURRENT DEF REPLY DUE: 9-8-16** |
| Defendant. | |
| | **PROPOSED GOV OPP DUE: 9-16-16** |
| | **PROPOSED DEF REPLY DUE: 10-14-16** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the briefing schedule for the pending motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 filed by defendant CALVIN SIMS ("defendant") be extended as follows: the government's opposition is due by September 16, 2016; and defendant's reply is due by October 14, 2016.

DATED: AUGUST 5, 2016

_/s/ Terry J. Hatter, Jr._

HONORABLE TERRY J. HATTER, JR.
United States District Judge